No. **CR 21   00392   BLF**



FILED

OCT 07 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SVK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

## THE UNITED STATES OF AMERICA
### vs.
## FERNANDO PLACIDO MARTINEZ

## INDICTMENT

**COUNT ONE**:    Title 8, U.S.C. §§ 1326(a) and (b)(2) - Illegal Re-Entry
Following Removal

*A true bill.*

_____

*Foreperson*

_____

*Filed in open court this* __07__ *day of* __OCTOBER__ *A.D. 202__*

_____
**United States Magistrate Judge**

*Bail. $* __No process__

_____

1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,           )  CASE NO: CR 21 00392 BLF SVK
                                        )
12        Plaintiff,                    )  VIOLATION:
                                        )  8 U.S.C. §§ 1326(a) and (b)(2) – Illegal Reentry
13    v.                                )  Following Removal
                                        )
14  FERNANDO PLACIDO MARTINEZ,          )
                                        )  SAN JOSE VENUE
15        Defendant.                    )
                                        )
16  _____    )

17                            I N D I C T M E N T

18  The Grand Jury charges:

19  COUNT ONE:  (8 U.S.C. §§ 1326(a) and (b)(2) – Illegal Reentry Following Removal)

20        On or about January 5, 2021, in the Northern District of California, the defendant,

21                        FERNANDO PLACIDO MARTINEZ,

22  an alien, was found in the United States after having previously been excluded, deported, and removed

23  from the United States on or about November 10, 2020, without obtaining the express consent of the

24  Attorney General of the United States and the Secretary of Homeland Security to reapply for admission

25  //

26  //

27  //

28  //


INDICTMENT

1   into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

2   DATED:                                           A TRUE BILL.

3

4                                             _____

                                             FOREPERSON

5

6   STEPHANIE M. HINDS

    Acting United States Attorney

7

8

9   ANN KOPPUZHA

    Special Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                                 2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

—— OFFENSE CHARGED ——

Count One: 8 U.S.C. §§ 1326(a) and (b)(2) – Illegal Reentry Following Removal

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
Maximum 20 years imprisonment
$250,000 fine
3 years supervised release
$100 special assessment fee

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

Adrian Gonzalez, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

5:21-71108-MAG

Name and Office of Person Furnishing Information on this form    STEPHANIE M. HINDS

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    SAUSA Ann Koppuzha

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
OCT 7 2021
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

—— DEFENDANT - U.S ——

▶ FERNANDO PLACIDO MARTINEZ

DISTRICT COURT NUMBER

CR 21   00392 BLF

—— DEFENDANT ——

SVK

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
} If "Yes" give date filed _____

DATE OF ARREST ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:
_____

Comments:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____